# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. BRANDON J. BEIERMANN, Defendant. | No. CR07-4018-MWB  **ORDER ON CONDITIONS OF RELEASE** |

The defendant was released from custody on March 12, 2007, pursuant to condition of release established by the court. At the detention hearing, the defendant's attorney represented to the court that the defendant had participated in counseling in Cherokee, Iowa. The court assumed that the counseling was for sex offenders. The court now has been advised by pretrial services that the defendant's counselor was an addiction therapist with no background in sex offender evaluation or treatment.

The terms of the defendant's conditions of release are hereby modified to include the following additional condition: The defendant must participate in a mental health evaluation and/or treatment program, which may, in the discretion of the defendant's probation officer, include participation in a sex offender treatment program or any such similar program.

**IT IS SO ORDERED.**

**DATED** April 11, 2007.

PAUL A. ZOSS
CHIEF MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT